United States District and Bankruptcy Courts for the District of Columbia

Angela Powell
3539 A. Street SE #303
Washington, DC 20019

vs

Case: 1:20-cv-00436   (H Deck)
Assigned To : Unassigned
Assign. Date : 2/13/2020
Description: Employ. Discrim.

Ben's Chili Bowl
1213 U. Street N.W.
Washington, DC 20009-4442

Complaint

**RECEIVED**
FEB 13 2020
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

1

I Angela Powell may be allowed to keep my job. I am asking for: Paid/Compensation with my Job.

Back pay from 2015 for underpaid wages, pay rate

I am grill cook asking for Cook pay

Suing for Harassment in an hostile working environment

Harass by Employers on floor

took away my church services I use to attend on Sundays my religion

Mental Anguish from Eviction Notices with teen age son

# Complaint

I Angela Powell am experiencing and have been experiencing Harrassment in an hostile working environment with my Employers the ben's chili bowl Family members, underpaid wages, do not allow me to perform work position as a grill cook without harrassing me would pay me for my position grill cook. not have a full schedule been working there for 5½ years since July 2015, and only recieve 21 hours a week maybe 14 hrs. a week only recieve under minimum wages not allow to attend church services would like to be compensated for mental Anguish, loss wages, back pay, underpaid and requesting to be paid for Gill cook position with back pay.

File suit for Everything with back a payment. For 5 years. owed to me as a grill cook

they bring in un exprienced workers from other countries

they get paid more money
they have more hrs
they are in exprienced starting out but they now have hrs and better pay need my seniority.