UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANGELA POWELL, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 20-0436 (RC) |
| | : | |
| BEN'S CHILI BOWL, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Renewed Motion for More Definite Statement [19] and Third Motion for More Definite Statement [23] are DENIED as moot; it is further

ORDERED that Defendant's Motion to Dismiss [23] is GRANTED; and it is further

ORDERED that the complaint, as amended, and this civil action are DISMISSED.

This is a final appealable Order.

The Clerk of Court shall TERMINATE this case.

SO ORDERED.

DATE: July 14, 2021

/s/
RUDOLPH CONTRERAS
United States District Judge